# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cv-01993-JPB
### LO 337 IP Holding, LLC v. Williams et al
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 04/21/2021.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:15 A.M.      COURT REPORTER: Penny Coudriet
TIME IN COURT: 00:15      DEPUTY CLERK: Brittney Walker
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Andrea Bonner representing LO 337 IP Holding, LLC<br>Douglas Johnson representing LO 337 IP Holding, LLC<br>Cynthia Lee representing LO 337 IP Holding, LLC |
| PROCEEDING CATEGORY: | Damages Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | The Court held a Damages Hearing on 4/21/21. Written Order to follow. See transcript for more details. |
| HEARING STATUS: | Hearing Concluded |